# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CRIMINAL COMPLAINT** |
| v. | : Honorable Cathy L. Waldor |
| WILLIAM KAETZ, a/k/a "Bill Kaetz" | : Mag. No. 20- 9421 (CLW) |

I, Matthew A. Hohmann, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Matthew A. Hohmann, Special Agent
Federal Bureau of Investigation

Matthew A. Hohmann Special Agent
Federal Bureau of Investigation
*Special Agent attested to this Affidavit by telephone pursuant to FRCP 4.1(b)(2)(A).*

Sworn to before me and subscribed in my presence,
October 18, 2020, District of New Jersey

Honorable Cathy L. Waldor
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
(Interstate Communications Containing Threats to Injure)

On or about October 18, 2020, in the District of New Jersey and elsewhere, the defendant,

**WILLIAM KAETZ,**
a/k/a "Bill Kaetz,"

knowingly and willfully did transmit in interstate and foreign commerce a communication via email to, among other recipients, a U.S. District Court Judge in the District of New Jersey ("Judge-1"), containing a threat to injure Judge-1 and others, specifically stating that "[Judge-1] is a traitor, [Judge-1] needs to be dealt with and traitors have a death sentence."

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
(Threaten to Assault and Murder a United States Judge)

On or about October 18, 2020, in the District of New Jersey and elsewhere, the defendant,

**WILLIAM KAETZ,**
a/k/a "Bill Kaetz,"

knowingly and willfully did threaten to murder Judge-1, a U.S. District Court Judge in the District of New Jersey, with intent to impede, intimidate, and interfere with Judge-1 while Judge-1 was engaged in the performance of Judge-1's official duties and with intent to retaliate against Judge-1 on account of the performance of Judge-1's official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B).

**ATTACHMENT B**

    I, Matthew Hohmann, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

BACKGROUND

    1.    On or about September 24, 2020, defendant William Kaetz ("KAETZ") sent a communication via U.S. mail to a U.S. District Court Judge in the District of New Jersey ("Judge-1") at Judge-1's home residence. KAETZ claimed to have a civil matter pending before Judge-1, requested an expedited hearing, and provided a document titled "Motion to Expedite Case."

    2.    On or about September 24, 2020, investigators interviewed KAETZ at his residence in New Jersey ("Residence"). During the course of that interview, KAETZ stated that he was very concerned about his current case in front of Judge-1 because Judge-1 had taken too long to rule on his case. KAETZ also stated that this alleged excessive delay and lack of judicial action was unacceptable to him. KAETZ further stated that Judge-1 should recuse himself/herself or be removed from his case. KAETZ admitted to having Judge-1's home address, and stated he used a paid internet-based service to obtain this information.

    3.    On or about September 30, 2020, members of Judge-1's staff reported that on or about September 18, 2020, KAETZ left a voicemail message at the chambers phone number of Judge-1. The message was approximately one minute and twelve seconds (1:12) in duration. The answering system captured the incoming telephone number ending in 1063 (the "1063 Phone Number"). At the beginning of the message, the caller self-identified as "WILLIAM KAETZ." KAETZ then stated on this voicemail message that he had "a couple of cases" pending before Judge-1 as well as a motion for Judge-1's recusal, and because all matters were "ripe" for judgment, they should have been decided weeks ago. KAETZ then stated that he wasn't going to be "sitting around" waiting up to a year for another bad decision and wanted Judge-1 "off his cases" and wanted a ruling now. KAETZ further stated that he not only wanted Judge-1 off his cases, but off the bench, and that he would not take "no" for an answer.

OCTOBER 18, 2020 THREATS

4. On or about October 18, 2020, at approximately 5:05 a.m., the United States Marshals Service general email account and Judge-1's personal email account, among others, received a threatening email sent by an individual who identified himself as William Kaetz using an email address of "billkaetz@[REDACTED]" ("Kaetz Email Account"). The email was transmitted in interstate commerce and stated, in part:

> Hello US Marshals
> I filed this case a long time ago- It is to enforce Art. 4 Sec. 4 of the U.S. Constitution. [Judge-1] has been avoiding and stonewalling the case. It is of National Importance. [Judge-1] is a Traitor and that has a death sentence, I would rather use the pen than the sword, but... there will come a time to take down those people that fail to do their job.... and that will be people like the traitor [Judge-1]. I have motions for [Judge-1's] recusal, motions to reopen the case as per [Judge-1's] orders, motions to expedite the case, and I will be filing a mandamus. I will try my best not to harm the traitor Judge [Judge-1] but like I said, [Judge-1] is a traitor and needs to be delt with. You have an obligation to remove [Judge-1]. Read the court documents. The traitor Judge [Judge-1] lives at [FULL ADDRESS REDACTED]. Stop by and ask [Judge-1] why [Judge-1] is stonewalling my case. [Judge-1's] home address will become public knowledge very soon and God knows who has a grievance and what will happen after that.... This case must be opened and move forward now, This needs to be done now...
>
> **William Kaetz**
> [REDACTED - Residence Address]
> [REDACTED - phone number -1063]

5. Law enforcement database checks reveal that the Kaetz Email Account resolves to subscriber "William Kaetz" and the telephone number included in the above email (the 1063 Phone Number) resolves back to "William Kaetz." The address listed in the above email matches that of the Residence where KAETZ was interviewed on or about September 24, 2020, as discussed in paragraph 2, above. A review of the docket of the U.S. District Court for the District of New Jersey indicates that KAETZ has at least one civil case pending before Judge-1, and relevant filings indicate that KAETZ provided the Kaetz Email Account as his contact information in at least one case filing.

6. Based on the above, there is probable cause to believe that KAETZ transmitted the October 18, 2020 email for the purpose of issuing a threat, with knowledge that it would be viewed as a threat.

7. In addition, I believe that based on the threatening email sent by KAETZ to Judge-1's personal email account, which made threats including but not limited to the following statements:

"I filed this case a long time ago..."

"[Judge-1] has been avoiding and stonewalling the case."

"I have motions for [Judge-1's] recusal, motions to reopen the case as per [Judge-1's] orders, motions to expedite the case, and I will be filing a mandamus."

"You have an obligation to remove [Judge-1]. Read the court documents."

"Stop by and ask [Judge-1] why [Judge-1] is stonewalling my case."

there is also probable cause to believe that KAETZ sent the threatening email with the intent to impede, intimidate and interfere with Judge-1, while Judge-1 was engaged in the performance of official duties, and to retaliate against Judge-1, on account of the performance of Judge-1 official duties, including Judge-1's responsibilities regarding cases involving KAETZ.

8. Judge-1 is a "United States judge" within the meaning of 18 U.S.C. Section 115(c)(3).