# RECORD OF MAGISTRATE'S PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | 20-mj-9421 |
| vs | DATE OF COMPLAINT | 10/18/2020 |
| WILLIAM KAETZ | CRIMINAL DOCKET NUMBER | |
| | DATE OF INDICTMENT | |
| | STATUTE: | |

DATE ARRESTED: 10/19/2020

## INITIAL APPEARANCE

| Before Magistrate | | LENIHAN | X | EDDY | Date: | 10/19/2020 | C.D. Index | |
|---|---|---|---|---|---|---|---|---|
| | | MITCHELL | | LANZILLO | Time: | 4:10 pm – 4:20 pm | Tape Index: | |
| | | KELLY | | PESTO | | | | |

U. S. ATTORNEY    SOO SONG, PAWD ; DEAN SOVOLOS, NJ

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:

| | Read | X | Summarized | | Reading waived |
|---|---|---|---|---|---|
| | Defendant provided with a copy of the charges | | | | |
| | Defendant to be provided with a copy of the charges as soon as possible | | | | |

3. ACT & PENALTIES

| | Read | X | Summarized | | Reading waived |
|---|---|---|---|---|---|

4. COUNSEL

| X | Defendant requested appointment | | Defendant waived appointment |
|---|---|---|---|
| X | Defendant represented by: | LISA MACK (FPD) | |
| | Defendant expects to retain: | | |
| X | Affidavit executed. | | |
| | Not Qualified | X | Qualified |   with possible requirement for partial or full payment |
| X | Federal Public Defender appointed | | |
| | CJA Panel Attorney | | appointed |

5. BAIL

Recommended Bond:

Bond Set at:

| | By Consent | | Additional Conditions Imposed: . |
|---|---|---|---|
| | By Magistrate | | |
| | Bond Posted | | |
| X | Temporary Commitment issued | | Final Commitment issued |

Bond Review Hearing Set For:

Detention Hearing Set For:    Thursday, October 22, 2020 at 2:30 pm

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

Preliminary Exam:    10/22 @ 2:30p    Before Magistrate Judge    Cynthia Reed Eddy

ADDITIONAL COMMENTS: