**Commercial Decor Group**
920 Mendocino Ave.
Santa Rosa, CA 95401



November 20, 2020

Re: William Kaetz

To: Your Honor

Our company has hired William Kaetz to perform millwork installation services over the past ten years. During this time, William has performed at an expert level. His craftsmanship is detailed and meticulous. He has always been prompt and reliable and has a polite and accommodating manner. We have never had a negative remark from any of our high-end clientele. William has worked at most of the high-end retailers in Manhattan and throughout the Northeast.

I have directly communicated and supervised William. His character and work ethic has been consistently good.

Commercial Décor Group would be open and hopeful to hire William again in the future.

Sincerely,

Trae' M. Seely
President
Commercial Décor Group Inc.





t 707 526 5794
f 707 526 5193
info@commercialdecorgroup.c
www.commercialdecorgroup.com



confidential information

Exhibit A

Catherine Kaetz
437 Abbott Rd
Paramus NJ, 07652

11 23 20

Re: William Kaetz

To Whom It May Concern:

      I am the daughter of William Kaetz.
He took me in when I was having a hard times. He gave me a job and taught me how to use power tools. This sparked my journey towards Millwork. He also taught me phrases of life to live by, and introduced me to the gym and now I am the fittest I have been, besides some setbacks from Corona. He has made my life better.

      Even as a dad, as you know, had some complications in his past that ended in divorce. We lost connection for many years. I finally was starting to connect with him as a daughter, talking about spirituality, likes and dislikes, his past, my past. Doing this together like going out to dinner and went to a lecture about bee keeping and planned on going to an apiary but corona hit.

      He is very workout oriented because it is not only good for the body, but the mind and soul too. I found it to be the same for me. They enjoyed him there, specially since he has been going for over 10 years. He even ran the NYC Marathon. He was encouraging, fun, and did many of the fundraiser/awareness events. It was a tragedy this outlet, mediation, stopped abruptly. We both tried to keep going but it isn't the same without the group there with you.

      He is extremely thorough with work. He shows up early, go over the plans, work to be done, who to talk to, ect. He is very skilled in everything from materials to how it's built to problem solving. During our work times together he taught me "it's all in the set-up", to keep my cool during frustrations, and "go the extra mile" even if it ended up being hours or days past the expectation of the job. Everyone from that company, Commercial Décor Group, could always count on him for a job beyond well done.

      He always envisioned more in life, starting his own business again, traveling to ancient places for it's rich history, owning a house in the country with land and a dog. He loves nature and animals, even wants his own a mini apiary in the backyard. He always thought money was the reason he couldn't do these things. One reason for these lawsuits, if won, is for that future.

      Yes, he is passionate about the constitution. What person isn't passionate about somethings? Politics is politics, in this time it is scarce to find people in the middle. He is a constitutionalist and we have talk about it and he gets a bit heated on the subject. Though truly, whatever the constitution says, for either side, is the backbone of his stance. His words come from the constitution itself, law itself, and mean no physical harm, only judicial.

Exhibit A

      Corona hit all of us hard. The drastic change of life, routine, jobs, hobbies, sociability and our outlets of our emotions that made us go through our lives more peacefully. Isolation has effects on the psyche. It's been difficult to keep that inner peace and balance.

Sincerely,
Catherine Kaetz
570 517 1277
catkaetz@gmail.com

Exhibit A

1 of 1

To Whom it may Concern,

I have known Bill Kaetz for approximately 4 years. We originally met at our local gym and he brought me into CDG, ( Commercial Decor Group ),the company we both now work for. Over the course of this time we have very often worked the same jobs together both locally and in other states where we have been required to travel and stay for several days. At work he is always conscientious, respectful, professional and a hard worker. Most of the time he is quiet and focused on the job. Our relationship is mostly work related and although I don't know much about his personal life I do know that he is concerned for his children and his fiancee all of whom I have met.

Robert Schneider
12/06/2020

Exhibit A

# METRO LIGHT AND POWER, LLC
## 98 COPLEY AVENUE
## TEANECK, NJ 07666

November 13, 2020

To whom it may concern:

I've known Bill Kaetz for approximately ten years. I originally became acquainted with him through a mutual Zumba instructor who asked us both, to participate in several on stage performance/demonstrations. Eventually, I learned that Bill was a professional woodworker with proficiencies in other materials as well. It wasn't long after, we developed a business relationship and my company started taking advantage of his skills. From time to time, he would work for us on a variety of lighting projects and installations. This included the entire sub-level sidewalk lighting of the famous Puck Building in NYC.

On a personal level we were friends, and on jobs, I always appreciated having him along. He was diligent, competent and nothing but affable, though definitely not timid in responding to instances of questionable intent.

I noticed that If he interpreted certain actions by anyone to be unfair, he wasn't at all shy about speaking up. He could be quite brash actually and more than once it was gratifying that he was quick to speak up and helped avoid potentially compromising circumstances.

Exhibit A

Obviously however, this characteristic can have a detrimental twist if carried too far. The current situation that he finds himself in, illustrates that you can take brash talk to extremes and in light of what happened, he obviously allowed his words to escalate far beyond just spirited objections. This is very unfortunate and is of course all on him, but I can't help thinking that the current social and political climate of unbridled rhetoric and outright hostility loosened his tongue far beyond what in other times would never have gone so far. I think out of misguided indignation, it never occurred to him that he was stepping way over a line that simply cannot be, and must not be crossed. For his sake, I truly wish he hadn't and hope this doesn't turn out as badly for him as it might. For the record, I have never seen or heard of him going beyond just talk and ever taking any kind of physical action.

If you need further information you can reach me at (201) 951-6490.

Yours truly,

*Scott Usher*

Scott Usher

President

Metro Light and Power, LLC

Exhibit A