Date: 11/01/2020, 4:43:14 PM
Participants: William Kaetz (WK), Georgia Christatos (GC)

(Edited conversation)

GC: Did these people come to your house and warn you not to do this?

WK: What do you mean?

GC: Have you been warned?  I don't know, cause when I went to Caroline's house, I, I was in the dark.  I (UI) and she said to me, "Oh, well, they came here to the house about a month ago.  I know what it's probably about."  So she was totally, she knew exactly what was going on.

WK: (UI) I did.  They, they did come to my house they said don't mail anything to her.  I didn't mail anything to her.  Ok?

GC: But you emailed.  What's the difference?  And you (UI) a U.S. Marshal.

WK: Yeah I did it.  I was really pissed.  I, I mean, she just kept on railroading my case.  There was no reason for it.

GC:  It's not your case, it's your daughter's case.  And she should …

WK: (UI) I have another case.

(Edited conversation)

WK:  I'm completely shut down too.  I didn't think they would turn everything against me like this, ok?  I didn't really say I was going to do anything to her.  I asked the Marshals to do stuff to her. (UI) investigate her please.  Ok?   They twisted my words around so ridiculous it's pathetic.  Ok? Alright?  And, and I'm just, you know, I was just, you know, I didn't know what to do.  She, she kept on stonewalling my case.  You know?  I don't think that was working as a judge.  It was awful.  Alright?

GC: I, I just don't know what else to say about it.  This sucks.

WK: Alright.

GC: I just don't.  I just don't.

WK: You don't know, if you don't know everything about it, ok, they're just making me out to be a really horrible guy and I'm not.  Ok?  I didn't threaten to kill the judge.  I didn't threaten (UI)

GC: I know you didn't.

WK: Ok?

GC: I know you didn't.

WK: (UI) You know, I expressed my feelings, and I asked them to, you know, to investigate her.  To ask her, you know, why she's doing this to me.  You know?  And they turn around like I'm, I'm a crazy lunatic.  Ok?  (UI) Yeah, it's kind of ortho, you know, it wasn't right to do, it was unorthodox.  I should've used the legal system to do this stuff.  I know.  I just, you know, it was like five in the morning, I couldn't sleep, I was upset, I was thinkin' about it, and I just did it.  Ok?  Alright?  It was stupid, I'm an idiot.  I, what can I say?  You know, but I'm not some lunatic, crazy dude.  Ok?  Alright? And they're making me out to be some lunatic, cause I'm not.

(Edited conversation)