IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : DATE FILED: 11/8/02 |
| | : |
| v. | : CRIMINAL NO.: 02-752 |
| | : |
| WILLIAM F. KAETZ | : VIOLATION: 18 U.S.C. § 876 |
| | :              (Mailing Threatening |
| | :              Communications - 1 |
| | :              Count) |

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

1. On or about September 18, 2002, defendant WILLIAM F. KAETZ mailed or caused to be mailed by the U.S. Postal Service a certified return receipt letter addressed to Jacqueline Olson, IRS Center, One Bethlehem Plaza, Suite 700, Bethlehem, PA 18018, containing a threat to injure assault and kill Jacqueline Olson, the addressee of the letter.

2. Jacqueline Olson was and is employed by the Internal Revenue Service as a Revenue Officer in the IRS Service Center in Bethlehem, Pennsylvania.

3. The letter was received by the IRS in the normal course of business, delivered by the U.S. Postal Service on September 20, 2002.

4. On October 1, 2002, Jacqueline Olson received and read the letter which contained the following threats:

   a. "You must release the Fraudulent Federal Tax Lien you placed on my property within 48 hours of receipt of this letter or I will come after you."

      b.      "I legally justify this threat to use force against you."

      c.      "Such force will be used against you."

      d.      "I justify my threat to use deadly force and I believe it to be necessary as my duty as an American to place you under citizens arrest, you are not engaged in official duties, lack jurisdiction and acting in a criminal manner."

      e.      "I know where you live."

      f.      "I will come after you."

5.      From on or about September 18, 2002 through on or about October 1, 2002, in the Eastern District of Pennsylvania, and elsewhere, defendant

**WILLIAM F. KAETZ**

did knowingly cause to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to Jacqueline Olson, a Revenue Officer of the Internal Revenue Service in Bethlehem, Pennsylvania, which contained a threat to injure, assault and kill the person of the addressee, that is, Jacqueline Olson.

      In violation of Title 18, United States Code, Section 876.

*[signature]*
PATRICK L. MEEHAN
United States Attorney